**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Joseph C. Schanne, Jr.*
*Assistant United States Attorney*

*402 East State Street, Room 430*
*Trenton, NJ 08608*
*Joseph.Schanne@usdoj.gov*

*main: (609) 989-2190*
*direct:(609) 989-2324*

October 8, 2026

**BY ECF**
Honorable Susan D. Wigenton, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Coyago Loja v. Blanche*, No. 26-cv-12751 (SDW)**
**Letter Reporting Petitioner's Release**

Dear Judge Wigenton:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at 11:30 a.m. on October 8, 2026, under the same conditions that existed prior to detention. ICE further advised this Office that, to the best of its knowledge, Petitioner's property and funds have been returned to Petitioner.

We apologize to the Court and Petitioner for our failure to file a timely response in this matter which necessitated the Court's Order directing Petitioner's release. Although the Court's Order to Answer (ECF No. 3) was received by this Office on September 28, 2026, due to an administrative error this matter was not previously assigned to an AUSA for the submission of an answer. Upon receipt of the Court's Order requiring release on October 7, 2026, this matter was assigned to the undersigned, and we immediately began efforts to arrange Petitioner's release.

As Petitioner has now been released from custody, we respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

SO ORDERED this 16th day of October 20 26

[signature]

United States District Judge